United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 10, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-10122

SANJAY H. PATEL,

Plaintiff-Appellant,

versus

CONDOLEEZZA RICE, in her Official Capacity
as Secretary of State,

Defendant-Appellee.

Appeal from the United States District Court
for the Northern District of Texas - Dallas Division
Case No. 3:04-CV-398

Before JONES, Chief Judge, and HIGGINBOTHAM and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The court has considered this appeal in light of the briefs and pertinent portions of the record. Finding no error of fact or law, we AFFIRM the judgment of the district court.

**AFFIRMED.**

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.